UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRENDA ORTIZ and TONYA PELT,<br><br>        Plaintiffs,<br>v.<br><br>HILITE INTERNATIONAL, INC.<br><br>        Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:21-cv-1921<br>§<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§ |

## PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Brenda Ortiz and Tonya Pelt and Defendant Hilite International, Inc. (collectively, "the Parties"), by and through their attorneys, respectfully submit this Joint Stipulation of Voluntary Dismissal with Prejudice. Each party will bear their own attorneys' fees and costs. The Parties request that the Clerk of Court now close this case.

Dated: January 26, 2023                                Respectfully submitted,

/s/ *Jay D. Ellwanger*                                     /s/ *Richard E. Hepp*
Jay D. Ellwanger                                              Richard E. Hepp (0090448)
Texas State Bar No. 24036522                        200 Public Square, Ste. 2300
jellwanger@equalrights.law                            Cleveland, Ohio 44114-237
400 S Zang Blvd, Suite 600                            Telephone: (216) 363-4657
Dallas, Texas 75208                                        Facsimile: (216) 363-4588
Telephone: (469) 998-6775                            rhepp@beneschlaw.com

**COUNSEL FOR PLAINTIFFS**                  **COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2023, a true and correct copy of the above document was served on all counsel of record via the Court's ECF system.

/s/ *Jay D. Ellwanger*
Jay D. Ellwanger